UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA YANEZ, | Case No. 2:25-cv-06413-SSC |
| Plaintiff, | |
| v. | JUDGMENT |
| NISSAN NORTH AMERICA, INC., et al., | |
| Defendant. | |

Pursuant to the Order of Dismissal Without Prejudice, **IT IS ADJUDGED** that, based on the stipulation of the parties, the entire action, including all claims and counterclaims stated herein against all parties, is dismissed without prejudice.

DATED: April 10, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE